

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**  312-435-5670
**Clerk**

November 30, 2017

United States District Court
Eastern District of Wisconsin


Re:  Anderson v. Charter Communications, Inc.

USDC Case Number: 17-cv-3181


Dear Clerk:

Pursuant to the order entered by Honorable **Sara L. Ellis**, on 11/13/2017, the above record was

⊠    electronically transmitted to USDC for the Eastern District of Wisconsin


Please acknowledge receipt of any paper documents on the enclosed copy of this letter.


    Sincerely,
    Thomas G. Bruton, Clerk

    By:    /s/ Erica Aranda
            Deputy Clerk


New Case No. _____   Date _____


cc:    Non-ECF Attorneys and Pro se Parties


Rev. 09/23/2016